# Matthew A. Kaplan, DO

170 Deep Wood Drive #120  
Round Rock, TX 78681  
512.255.7246  
drkaplan@psapmed.com

## EDUCATION

**Baystate Medical Center**, Springfield, MA — July 2008 – June 2009  
*Fellow Pain Management*, Department of Anesthesia  
Clinical Associate Anesthesiology, Tufts University School of Medicine

**Hospital of the University of Pennsylvania**, Philadelphia, PA — July 2005 – June 2008  
*Resident*, Department of Anesthesia and Critical Care

**University Medical Center**, Las Vegas, NV — July 2004 – 2005  
*Intern*, Department of Surgery

**Western University of Health Sciences**, Pomona, CA — August 2000 – May 2004  
*Doctor of Osteopathic Medicine*

**University of Nevada**, Las Vegas, NV — May 2000  
*Bachelor of Arts,* Philosophy; *Minor*, Chemistry  
**Senior Thesis:** *The bioethical impact of health care during an election year*

**Community College of Southern Nevada**, Las Vegas, NV — August 1995 – June 1997

**University of Pittsburgh**, Pittsburgh, PA — September 1993 – June 1994

## EMPLOYMENT

**Preferred Spine and Pain PLLC**, Round Rock, TX — October 2013 – Present  
*Owner,* Interventional Pain Management Practice

**Pfizer, Inc.**, Austin, TX — November 2014 - Present  
*Key Opinion Leader*

**St. Jude Medical Neuromodulation Division**, Austin, TX — March 2013 – January 2015  
*Key Opinion Leader*

**Depomed, Inc.**, Austin, TX — February 2014 – January 2018  
*Key Opinion Leader*

**Collegium Pharmaceuticals, Inc.**, Austin, TX — January 2017 – January 2018  
*Key Opinion Leader*

**Wheaton Franciscan Medical Group**, Racine, WI — July 2011 – July 2013  
*All Saints Hospital,* Interventional Pain Physician

**Guardian Anesthesia**, Stoughton, MA — December 2008 – June 2011  
*Staff Anesthesiologist,* Staff Interventional Pain Physician

## CERTIFICATIONS

**American Board of Anesthesiology** — October 2009 - Present  
Board Certified Anesthesiologist

**American Board of Anesthesiology** — September 2010 – Present  
Board Certified Pain Management Specialist

## RESEARCH

**Kaplan, MA.**, Sinha, A. *In Progress*
"A Multicenter Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study of Intravenous Methylnaltrexone (MOA-728) for the Treatment of Post-Operative Ileus". *Wyeth Pharmaceuticals*

## BIBLIOGRAPHY

**Kaplan, MA.**, Deer, T., & Pope, J. January 2012
*A novel method of neurostimulation of the peripheral nervous system: The StimRouter implantable device*
Techniques in Regional Anesthesia & Pain Management

**Kaplan, MA.**, Grecu, B. et al. May 2008
"Gender Differences in Intraoperative Pain Management and Immediate Post-Operative Pain Perception"
Scientific Poster at SAMBA Conference, Annual Meeting, Miami, FL and at the AUA Annual Meeting, Raleigh, NC.

**Kaplan, MA.**, Grecu, B. et al. *In Submission*
*Gender Differences in Intraoperative Pain Management and Immediate Post-Operative Pain Perception*
Journal of Clinical Anesthesia

## EXPERIENCE

**Hospital of the University of Pennsylvania, Dept of Anesthesia and Critical Care**, Philadelphia, PA
December 2006 – 2008
*Senior Research Project*: Retrospective view of patients with ankle fractures to determine if the intraoperative dose of opioids accurately treated their post-operative pain.

**Lake Meade Hospital**, Las Vegas, NV June 2003 – May 2004
*Research Assistant*: Research project evaluating surgical blood loss during spine surgery on patients receiving Aprotinin.

**American Heart Association**, Las Vegas, NV January 2000 – April 2007
*Instructor*: Taught ACLS to nursing staff, paramedics, and physicians.

**American Heart Response**, Las Vegas, NV February 1995 – June 2005
*Instructor*: Instructed emergency medical staff in CPR, EMT-basic, and EMT-intermediate.

**American Heart Response**, Las Vegas, NV January 1992 – May 2004
*Emergency Medical Technician – Intermediate*: Responder to 911 medical emergencies, including airway management, intubation, and medication administration.

**CPR Plus**, Las Vegas, NV September 1995
*Lead Instructor*: Traveled to the Philippines to teach a one-month intensive class in EMT-basic to nurses. Project also included acting as a consultant by evaluating their emergency medical system for quality improvements.

## ACTIVITIES

**Pharmacy and Therapeutics Committee** June 2006 – June 2008
*Resident Representative:* Committee composed of hospital staff who met monthly to evaluate the safety profiles and efficacy of all drugs on formulary and all those proposed at the Hospital of University of Pennsylvania.

**Eagle Scout**, Philadelphia Council, B.S.A

## MEMBERSHIPS

| | |
|---|---|
| American Society of Anesthesiologists | American Osteopathic Association |
| American Society of Regional Anesthesia | North American Neuromodulation Society |
| Texas Pain Society | |

## INTERESTS

Boston Athletic Association Half Marathon 2010, New York City Marathon 2006, Philadelphia Half Marathon 2006; rock climbing, wine making, traveling, golf

# Matthew Kaplan, DO
# Anesthesiology & Pain Medicine

**Deposition Testimonies:**

| | |
|---|---|
| 01/29/2019 – D -1-GN-17-001349 | Spruill v. Fortes et al – Williamson County, Texas |
| 04/16/2019 – 17-0212-C26 | Pierce v. Sorensen – Travis County |
| 12/16/2021 – 5:21-cv-00494 | Valdez v. Allstate Fire and Casualty Ins. Co – San Antonio, Texas |
| 01/25/2022 – 2019CI15201 | Keirnan v. Nunez – San Antonio, Texas |
| 03/29/2022 – 2020CV00014 | Osama Abd El Razzaq v. Deborah Nina Shank a/k/a Deborah Nina – Bexar County, Texas |
| 04/26/2022 – 2020CI21446 | Pete Merlo and Sylvia Merlo vs. Shawn Daniel Burnett, X-OUT Pest Services, LLC and X-Out Pest Services, San Antonio LLC – Bexar County, Texas |
| 10/27/2022 – C2018-2063D | Paul Wright vs. Ellen Jones – Comal County, Texas |
| 06/20/2023 – D-1-GN-21-004211 | Rodney Bowman vs. Linda Weber – Travis County, Texas |
| 07/25/2023 – 21-1090-C425 | Priscilla Atwood vs. Michelle L. Yanez and GEICO Insurance Company – Williamson County, Texas |
| 08/22/2023 – 2021CI16953 | MacKenzie Brown v. Douglas Wright, Douglas Wright D/B/A Mercy & Grace Lawn Landscape & Tree Services, Mercy Villareal, and Jesus E. Rios |
| 09/22/2023 – 2022-DCL-05551 | Matthew Aguirre And Kassandra Aguirre v. Gilberto Estrella |

**Trial Testimonies:**

06/26/2019 – D -1-GN-17-001349 Spruill v. Fortes et al – Williamson County, Texas
10/18/2019 – 17-0212-C26 – Pierce v. Sorensen – Travis County,
11/08/2021 – 4:19-CV-0953-O - Sauls v. 24 Hour Fitness USA – Ft Worth, Texas



# Matthew Kaplan, DO

*Anesthesiology and Interventional Pain Management*

| Review of Records | Hourly Rate | Notes |
|---|---|---|
| This fee is subject to the Expert's discretion for all Work Products | $750/hour | An Estimate will be sent for Client approval. This fee covers any additional time spent on the review. This fee is in addition to the fees listed below. |
| **Work Product** | **Fee** | **Notes** |
| Billing- Only Report/ Affidavit | $1,750 | Includes up to 3 Facilities Reviewed. Each Additional Facility: $450 |
| Billing & Medical Necessity Report/Counter-Affidavit | $2,850 | Up to 300 Pages of Records for Review. |
| Billing, Medical Necessity, & Causation Report and/or Counter-Affidavit | $3,450 | Up to 300 Pages of Records for Review. |
| **Additional Fees** | | |
| Each Additional 100 Pages of Review | $300 | Added to Base-Payment after 300 Pages |
| Rush Fee | $450-$1,125 | Depending on Days from Request and Receipt of Records to Due Date of Assignment Starting at 10 Business Days |
| Verbal Consultations | $750/Hr | 15-20 Min verbal with client is included in base review fee and charged at $500/Hr after that. |
| Image Re-Read (Xray) | $250 | Per Image Series Reviewed |
| Image Re-Read (MRI/CT) | $550 | Per Image Series Reviewed |
| **Independent Medical Exams** | | |
| Examination | $2,250 | For ONE Body Part |
| | $500 | Each Additional Body Part |
| *IME includes written report on exam findings. If client requires review of the records and reporting on matters such as billing, medical necessity, and/or causation, the rates above apply. | | |
| **Deposition Testimony** | | |
| Depositions | $6,850 | Includes 4 Hours: Pre-Deposition Meeting with Attorney, Verbal, Deposition Time |
| | $1,500 | Per Hour after 4.5 Hours |
| | $1,750 | Additional Payment for Each Additional Plaintiff's Treatment Needing to be Discussed During Deposition in Addition to Base Fee |
| | $1,000/Hr | Additional Preparation Time for Deposition and Trial Testimony |
| **Court Testimony** | | |
| Court Testimony | $11,000 + Travel Expenses | Includes Preparation and Half Day of Testimony |

1

| | | |
|---|---|---|
| | $21,000 + Travel Expenses | Includes Preparation and Full Day of Testimony |
| | $5,000* | Travel Expenses Per Day, May Vary by Location |

**After Date has been set for testimony appearance, cancellation fees will be assessed as follows:**
- Canceled with > 15 Days: Payment is Voided, Client Refunded
- Cancelled less than 15 days but more than 10 days: Expert paid 1/3 base fee
- Cancelled less than 10 days but more than 5 days: Expert paid 2/3 base fee
- Cancelled less than 5 days: Expert paid 100% base fee

**For Rescheduling Testimony:**
- Rescheduled with > 10 Days: Payment is Voided, Client Refunded
- Rescheduled less than 10 days but more than 5 days: Expert paid 1/4 base fee
- Rescheduled less than 5 days: Expert paid 1/2 base fee

***Travel fees for depositions, IME, or court testimony are subject to location and negotiation with client.

2