Case 5:23-cv-00063   Document 31   Filed on 07/02/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **GRACIELA HILARIO,** | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 5:23-CV-00063 |
| **MALL DEL NORTE, LLC,** *et al.*, | | |
| Defendants. | | |

## ORDER

Plaintiff Graciela Hilario ("Plaintiff"), Defendant Mall Del Norte, LLC, Defendant ERMC, LLC, and Defendant Universal Protection Service, LLC, d/b/a Allied Universal (collectively, "Defendants") filed a Joint Stipulation of Dismissal with Prejudice, which the Court construes as a self-effectuating joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii). (Dkt. 30.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The filing is signed by counsel for all parties. (Dkt. 30 at 1-2.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). It notifies the Court that all claims by Plaintiff against Defendants in this cause are dismissed with prejudice. (Dkt. 30 at 1.) *See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this July 2, 2024.

_____
Diana Saldaña
United States District Judge